ACCEPTED
15-24-00058-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/9/2025 3:51 PM
CHRISTOPHER A. PRINE
CLERK

15-24-00058-CV

IN THE COURT OF APPEALS FOR THE
FIFTEENTH JUDICIAL DISTRICT OF TEXAS AT EASTLAND

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/9/2025 3:51:33 PM
CHRISTOPHER A. PRINE
Clerk

ENGIE IR HOLDINGS LLC

AND

HAMLIN COLLEGIATE INDEPENDENT SCHOOL DISTRICT,

*Appellants*,

v.

GLENN HEGAR, TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,

*Appellee.*

ON APPEAL FROM THE
39TH JUDICIAL DISTRICT COURT OF STONEWALL COUNTY, TEXAS
CAUSE NO. 4764

_____

**Appellant Hamlin Collegiate ISD's Notice of Change of Lead Counsel,
Appearance, and Withdrawal**

_____

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure,
Appellant Hamlin Collegiate Independent School District files this Notice of
Change of Lead Counsel, Appearance, and Withdrawal.

Kevin O'Hanlon of O'Hanlon, Demerath & Castillo hereby enters his
appearance as lead counsel for Appellant Hamlin Collegiate Independent
School District. Mr. O'Hanlon is replacing Mr. David Campbell as lead
counsel as Mr. Campbell is no longer with O'Hanlon, Demerath & Castillo.

Respectfully submitted,

*/s/ Kevin O'Hanlon*

Kevin O'Hanlon
Texas Bar No. 15235500
*kohanlon@808west.com*
O'Hanlon, Demerath, & Castillo
808 West Avenue
Austin, Texas 78701
Tel. (512) 494-9949
Fax (512) 494-9919

**Counsel for Appellant Hamlin Collegiate ISD**

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the below counsel of record for all parties via e-filing on this 9th day of September, 2025.

*Counsel for Appellee Glenn Hegar,*
*Texas Comptroller of Public Accounts:*

Zachary L. Rhines
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
GENERAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
T: 214-290-8803
*Zachary.rhines@oag.texas.gov*

*Counsel for Appellant ENGIE IR Holdings LLC*

Benjamin A. Geslison
State Bar No. 24074269
910 Louisiana
Houston, Texas 77002
T: 713.229.1241
*ben.geslison@bakerbotts.com*

*/s/ Kevin O'Hanlon*
 Kevin O'Hanlon

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lea Ohrstrom on behalf of Kevin O'Hanlon
Bar No. 15235500
lohrstrom@808west.com
Envelope ID: 105403604
Filing Code Description: Other Document
Filing Description: Notice of Lead Counsel Change, Appearance and Withdrawal
Status as of 9/9/2025 3:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Benjamin A.Geslison | | ben.geslison@bakerbotts.com | 9/9/2025 3:51:33 PM | SENT |
| Kevin OHanlon | | kohanlon@808west.com | 9/9/2025 3:51:33 PM | SENT |
| Zachary Rhines | 24116957 | zachary.rhines@oag.texas.gov | 9/9/2025 3:51:33 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 9/9/2025 3:51:33 PM | SENT |